## IN EQUITY.

### BARD vs. STEELE et al.

In a case of mortgage foreclosure, where it appears that the mortgage covers several lots owned severally by different Defendants, a reference may be ordered, to ascertain the equities of the Defendants and to report the order in which the sale should be made, and after the confirmation of the report, the sheriff must sell accordingly.

*September Special Term*, 1847. *Erie County.—Foreclosure case.*—After a decree for sale in this cause, the Defendant Poole presented a petition, showing, that the mortgage covered several lots owned severally by different Defendants, and to protect their rights the sheriff should have directions as to the order of sale.

J. L. TALCOTT, *for Petitioner.*

SILL, Justice—Directed a reference, to ascertain the equities of the Defendants; that he report the order in which the sale should be made.

All Defendants who had appeared, to have notice of the reference, and after the report was filed, if no exception was taken in eight days, the same be confirmed, and the sheriff sell accordingly.